PROB 12C
(7/93)

Report Date: March 29, 2013

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 01 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jose Miranda          Case Number: 2:11CR02121-001

Address of Offender: Metropolitan Correctional Center, San Diego, CA

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: February 15, 2012

| | | | |
|---|---|---|---|
| Original Offense: | Alien in U.S. After Deportation, 8 U.S.C. § 1326(a) | | |
| Original Sentence: | Prison - 16 Months; TSR - 36 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: | December 21, 2012 |
| Defense Attorney: | Alison Klare Guernsey | Date Supervision Expires: | December 20, 2015 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On January 16, 2013, a criminal complaint was filed with the U.S. District Court for the Southern District of California at San Diego, charging the defendant with Deported Alien Found in the U.S., in violation of 8 U.S.C. § 1326, magistrate number 2:13MJ00151-BGS-001.<br><br>According to the complaint's probable cause statement, on January 15, 2013, the defendant, along with several others were discovered by the U.S. Border Patrol agents in the U.S. approximately 3 miles west of Jacumba, California. Upon questioning, the defendant admitted he was a citizen and national of Mexico present in the U.S. illegally. A records check revealed the defendant failed to apply for permission from the proper authorities to reenter the U.S. |

Prob12C
Re: Miranda, Jose
March 29, 2013
Page 2

2   **Special Condition # 14**: You are prohibited from returning to the U.S. without advance legal permission from the U.S. Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.

**Supporting Evidence**: The defendant illegally reentered the U.S. without permission on January 15, 2013, as noted in violation 1. According to the U.S. Immigration and Customs Enforcement, the defendant was deported to Mexico on January 2, 2013, at Harlingen, Texas, and has not obtained permission to reenter the U.S.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/29/2013

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Edward F. Shea
Signature of Judicial Officer

4/1/13
Date